```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Franklin Mascol, et al.,

                    Plaintiffs,        03-CV-3343 (CPS)

        - against -
                                       ORDER
E&L Transportation, Inc., et al.,

                    Defendants.

-----------------------------------------X

This Order concerns the following
plaintiffs:

**Jocelin Bony, Reynaldo Cabreja, Fernando
Crus, Miguel Diaz, James Elias, Jeffrey
Ferguson, Gregory Hudson, Kelvin Jones,
Joseph Jean, Sonia Reeves and James
Tisdale.**

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Go dated January 9, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The defendant is directed to submit to the court by February 21, 2007, a revised proposed judgment consistent with Magistrate Judge Go's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          February 5, 2007


                    By: /s/ Charles P. Sifton (electronically signed)
                                United States District Judge